SULTZER & CHAMBRE, INC., a Domestic Corporation, Respondent, v.
INTER-CONTINENTAL CONSTRUCTION CORPORATION, Appellant, Impleaded
with Another.— Order reversed, with ten dollars costs and disbursements,
on the ground that the order fails to recite the grounds for an injunction
(Code Civ. Proc. § 610; *Meyer* v. *Moress*, 106 App. Div. 556; *Brockway* v.
*Miller*, 144 id. 239; *Burdi* v. *Giordano*, 158 id. 945), and the proceedings
remitted to the Special Term for further action upon the motion for an
injunction on such additional papers as may be submitted on notice,

Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.; Clarke, P. J., voted for reversal and denial of motion.